JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CRIM 1101

- - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA        :

       - v. -                    :

INEZ OLIVAREZ,

              Defendant.

- - - - - - - - - - - - - - - - - - - -

**INDICTMENT**

07 Cr.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

**COUNT ONE**

The Grand Jury charges:

1.   In or about June 2006, in the Southern District of New York and elsewhere, INEZ OLIVAREZ, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to violate Section 1956(a)(1)(B)(i) of Title 18, United States Code.

2.   It was a part and an object of the conspiracy that INEZ OLIVAREZ, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, unlawfully, willfully and knowingly would and did conduct such financial transactions, which in fact involved proceeds of specified unlawful activity, to wit, narcotics trafficking, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the

source, the ownership and the control of the proceeds of that specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

Overt Act

3.  In furtherance of said conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.  On or about June 21, 2006, in the Bronx, New York, INEZ OLIVAREZ, the defendant, possessed approximately $913,000 in the proceeds of illegal narcotics trafficking.

(Title 18, United States Code, Section 1956(h).

**FORFEITURE ALLEGATION AS TO COUNT ONE**

4.  As a result of committing one or more of the controlled substance offenses alleged in Count One of this Indictment, INEZ OLIVAREZ, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to:

a.  A sum of money equal to approximately $913,000 in United States currency, in that such sum constitutes

or is derived, directly or indirectly, from proceeds traceable to the commission of the offenses described in Count One of this Indictment.

     5.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

     a.   cannot be located upon the exercise of due diligence;

     b.   has been transferred or sold to, or deposited with, a third person;

     c.   has been placed beyond the jurisdiction of the Court;

     d.   has been substantially diminished in value; or

     e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

_____    _____
FOREPERSON                             MICHAEL J. GARCIA
                                                     United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

INEZ OLIVAREZ,

Defendant.

---

INDICTMENT

07 Cr. \_\_\_\_\_

(Title 18, United States Code,
Section 1956(h).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

*Indictment filed, arrest warrant issued.*

*[signature]*

*12/5/07*