

U.S. Department of Justice

United States Attorney
Southern District of New York

# MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 16, 2008

**By Facsimile**
The Honorable Denny Chin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1020
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRO...
DOC #: _____
DATE FILED: 3/17/2008
```

    Re: United States v. Inez Olivarez
        07 Cr. 1101 (DC)

Dear Judge Chin:

    The next pretrial conference is scheduled for tomorrow, March 17, 2008, at 4:30 p.m. The parties have been involved in discussions about a possible pre-trial resolution to this case, but those discussions will not be completed by tomorrow. Therefore, the parties respectfully request that the pre-trial conference scheduled for tomorrow be adjourned for approximately three weeks to allow the parties to continue discussions about a possible resolution to this case.

    If Your Honor grants this request, then the Government respectfully requests that the Court exclude time from March 17, 2008, until the date of the next conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant and the

*[Handwritten endorsement:]* Adjourned to April 14, 2008, at 4:30 pm. The time is excluded in the interest of justice and in light of the parties' discussions. SO ORDERED. 3/17/08

Hon. Denny Chin
March 16, 2008
Page 2

Government time to continue discussions about a possible pre-trial resolution to this case. Defense counsel consents to this request for an adjournment.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                    By: _____
                         Todd Blanche
                         Assistant U.S. Attorney
                         (212) 637-2494
                         (212) 637-2390 (facsimile)

Encl.

cc: Lawrence Feitel, Esq.
    (by facsimile)