

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 17, 2008

**By Facsimile**
The Honorable Denny Chin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1020
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2008
```

    Re:  <u>United States v. Inez Olivarez</u>
         07 Cr. 1101 (DC)

Dear Judge Chin:

    A pretrial conference in the above-referenced case was scheduled for April 14, 2008, at 4:30 p.m. The Government, defense counsel, and the defendant were present for the conference. Prior to the start of the conference, however, counsel for the defendant had to leave due to a medical emergency. Your Honor's deputy adjourned the pre-trial conference to Friday, May 9, 2008, at 2:00 p.m. The parties have continued to be involved in discussions about a possible pre-trial resolution to this case, and expect these discussions to continue. Therefore, the parties respectfully request that the time between today and May 9, 2008, be excluded, to allow the parties to continue efforts to reach a disposition to this case.

    If Your Honor grants this request, then the Government respectfully requests that the Court exclude time from today until May 9, 2008, the date of the next conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant and the

Hon. Denny Chin
April 17, 2008
Page 2

Government time to continue discussions about a possible pre-trial resolution to this case. Defense counsel consents to this request for an adjournment.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney

By: _____
     Todd Blanche
     Assistant U.S. Attorney
     (212) 637-2494
     (212) 637-2390 (facsimile)

Encl.

cc: Lawrence Feitel, Esq.
    (by facsimile)

*[Handwritten:]* Approved. The time is excluded for the reasons stated. So ORDERED.

*[Signature]*
DC
4/18/08