LAW OFFICES OF
# LAWRENCE K. FEITELL

OF COUNSEL: BENNETT M. FEITELL

225 BROADWAY, NEW YORK, N.Y. 10007
SUITE 2020

VOICE: (212) 571-5710
FACSIMILE: (212) 571-5711

## MEMO ENDORSED

<u>VIA FACSIMILE</u>

June 9, 2008

Hon. USDJ Denny Chin
United States Courthouse
500 Pearl Street, Rm. 1020
New York, NY 10007
<u>FAX# (212) 805-7906</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2008

Re:   US v. Inez Olivarez
      07-CR-1101 (DC)

Dear Judge Chin:

I am assigned counsel for the defendant, Inez Olivarez. I write this letter seeking an adjournment of his case from Friday, June 13, 2008, to a later date. This request is based upon a substantial change in the law handed down by the United States Supreme Court on June 2, 2008, which now renders obsolete and unworkable a proposed plea agreement which had been under consideration in this defendant's money laundering case. The changes directed by the Supreme Court now instruct that punishment under 18 USC 1956 shall be calculated on criminal profits, not criminal receipts. (<u>US v. Efrain Santos, et al.</u>, DKT# 06-1005). Defendant also states that information in the proposed plea agreement regarding his prior convictions is erroneous.

The changes in proposed sentences will require a punishment configuration quite different from what we were considering, and will require a new proposal for a plea agreement; as well as additional conferences with defendant.

*Adjourned to June 19, 2008, at 2:30 p.m. The time until then is excluded, in the interest of justice & in light of the parties' negotiations. SO ORDERED. [signature] USDJ 6/11/08*

Respectfully yours,

[signature]
LAWRENCE K. FEITELL

cc.:   AUSA Todd Blanch (via facsimile)
       <u>FAX# (212) 637-2390</u>