UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :

    - v. -                          :        **WAIVER OF INDICTMENT**

INEZ OLIVAREZ,                      :        S1 07 Cr. 1101 (DC)

              Defendant.      :

------------------------------------x

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1956; being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                        _____
                                        Defendant

                                        _____
                                        Witness

                                        _____
                                        Counsel for Defendant

Date:    New York, New York
         August 13, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 13 2008

0202