```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     SUPERSEDING INFORMATION

          - v. -                  :     S1 07 Cr. 1101 (DC)

INEZ OLIVAREZ,                    :

                Defendant.        :

- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 13 2008

## COUNT ONE

The United States Attorney charges:

1.   From at least in or about June 2006, through at least in or about August 2006, in the Southern District of New York and elsewhere, INEZ OLIVAREZ, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to violate Section 1956(a)(1)(B)(i) of Title 18, United States Code.

2.   It was a part and an object of the conspiracy that INEZ OLIVAREZ, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, unlawfully, willfully and knowingly would and did conduct such financial transactions, which in fact involved proceeds of specified unlawful activity, to wit, narcotics trafficking, knowing that the transactions were designed in whole

and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of that specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

### Overt Acts

3. In furtherance of said conspiracy and to effect the illegal object thereof, the following overt acts, among others, was committed in the Southern District of New York and elsewhere:

 a. On or about June 21, 2006, in the Bronx, New York, INEZ OLIVAREZ, the defendant, possessed approximately $913,000 in the proceeds of illegal narcotics trafficking.

 b. On or about August 25, 2006, in Bolingbrook, Illinois, INEZ OLIVAREZ, the defendant, possessed approximately $1,400,000 in the proceeds of illegal narcotics trafficking.

(Title 18, United States Code, Section 1956(h)).

### FORFEITURE ALLEGATION AS TO COUNT ONE

4. As a result of committing one or more of the controlled substance offenses alleged in Count One of this Information, INEZ OLIVAREZ, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the

violation alleged in Count One of this Information, including but not limited to:

    a.    A sum of money equal to approximately $2,313,000 in United States currency, in that such sum constitutes or is derived, directly or indirectly, from proceeds traceable to the commission of the offenses described in Count One of this Information.

    5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

      e.  has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

*/s/ Michael J. Garcia*
---
MICHAEL J. GARCIA
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

INEZ OLIVAREZ,

Defendant.

---

<u>Information</u>

S1 07 Cr. 1101 (DC)

(Title 18, United States Code,
Section 1956(h).)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

---

8/13/08 DEFT INEZ OLIVAREZ PRES W/ATTY LAWRENCE FEITELL
DT    AUSA TODD BLANCHE. DEFT WAIVES INDICTMENT AND PLEAS
      GUILTY TO S1 07 cr 1101. PSR ORDERED SENT DATE SET
      FOR 11/10/08 ~~ct 11/3~~ O.T. 4:30PM. DETAINED.